# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

v.

EDGAR LEONAL NATAL

**APPEARANCE**

Case Number: 07MJ2470

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDGAR LEONAL NATAL

I certify that I am admitted to practice in this court. PRO HAC VICE.

10/18/2007
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD      177301
Print Name      Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City      State      Zip Code

(619) 234-8467      (619) 687-2666
Phone Number      Fax Number

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 18, 2007                                       ____/s/ Linda Lopez_____
                                                              LINDA LOPEZ
                                                              Federal Defenders of San Diego, Inc.
                                                              225 Broadway, Suite 900
                                                              San Diego, CA 92101-5030
                                                              (619) 234-8467  (tel)
                                                              (619) 687-2666  (fax)
                                                              e-mail: Linda_Lopez@fd.org